IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LEAVITT, | |
| Plaintiff, | **8:17CV334** |
| vs. | |
| SUMMIT RECEIVABLES, | **ORDER** |
| Defendant. | |

On November 9, 2017, Clerk's Entry of Default was entered against Defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure. (Filing No. 13). Since that date, Plaintiff has taken no further action in this case and this action remains pending. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a status report, or take other appropriate action as the circumstances may warrant, on or before January 23, 2018.

Dated this 2nd day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge