IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW LEAVITT,

      Plaintiff,

vs.

SUMMIT RECEIVABLES,

      Defendant.

8:17CV334

ORDER

On April 5, 2018, a default judgment was entered in favor of Plaintiff and against the defendant in the total amount of $5,397.50. (Filing No. 19).

Plaintiff served post-judgment interrogatories and production requests on April 9, 2018. Defendant did not respond. Plaintiff filed a motion to compel Defendant's responses to post-judgment discovery, (Filing No. 20), and requests a debtor's examination. (Filing No. 21). Defendant has not responded to the motion to compel and the deadline for doing so has passed. The motion to compel is deemed unopposed and will be granted.

Accordingly,

IT IS ORDERED:

1) On or before June 26, 2018, Defendant shall serve full and complete responses to the Plaintiff's interrogatories and requests for production, both of which were dated April 9, 2018. The failure to timely serve discovery responses may result in an additional award of sanctions, including but not limited to an

order requiring Defendant to pay Plaintiff's attorney fees incurred for filing the motion to compel.

2) Defendant's response to Plaintiff's motion for debtor's examination shall be filed on or before June 26, 2018. Absent a timely response, the motion will be deemed unopposed and granted.

3) The Clerk shall mail a copy of this order to Defendant at his address of record.

Dated this 12th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge