IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LEAVITT,<br><br>        Plaintiff,<br><br>v.<br><br>SUMMIT RECEIVABLES,<br><br>        Defendant. | **8:17CV334**<br><br>**ORDER** |

This matter is before the court on defendant's motion to set aside default judgment, Filing No. 30. Subsequently, defendant moved to withdraw the motion to set aside the default judgment, Filing No. 35. The court has reviewed the motions and find the motion to withdraw should be granted.

THEREFORE, IT IS ORDERED THAT:

1. The motion to set aside default judgment, Filing No. 30, is denied; and

2. The motion to withdraw, Filing No. 35, the motion to set aside default judgment, Filing No. 30, is granted.

Dated this 21st day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge