IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW LEAVITT,

    Plaintiff,

vs.

GMA INVESTMENTS, LLC,

    Defendant.

8:17CV334

**ORDER**

IT IS ORDERED:

1) The parties' joint motion for stay pending mediation, (Filing No. 51), is granted.

2) Pending completion of the mediation and further order of the court, all activity in this case (including responses or replies to any pending motions) is stayed.

3) All pending motions are hereby denied, but without prejudice to reinstatement or refiling in the event the mediation is not successful.

4) No later than October 25, 2018, the parties will either file a Notice of Settlement or a Status Report.

5) The Clerk shall set an internal case management deadline of October 26, 2018 to confirm the parties' compliance with this order.

September 14, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge