IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW LEAVITT,

        Plaintiff,

vs.

GMA INVESTMENTS, LLC,

        Defendant.

8:17CV334

ORDER

Plaintiff moved to correct the defendant's name to GMA Investments, LLC, doing business as Summit Receivables. (Filing No. 36). Defendant opposed this motion. (Filing No. 44). Before the court ruled on the motion to amend the defendant's name, the case was stayed while the parties mediated. They have now filed a joint notice stating the case has been settled, with the caption identifying the defendant as "Summit Receivables, a Nevada Corporation." (Filing No. 53). Based on the parties' joint statement identifying the parties as "Plaintiff MATTHEW LEAVITT ("Plaintiff") and Defendant SUMMIT RECEIVABLES ("Defendant")," (id.)

IT IS ORDERED:

1) Summit Receivables, a Nevada Corporation is substituted as and replaces GMA Investments, LLC as the named defendant in this action.

2) The named defendant is now Summit Receivables, a Nevada Corporation;

3) The caption on all docket filings hereafter shall reflect this substitution of parties; and

4) The clerk shall correct the court's docket accordingly.

October 29, 2018.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge